1

2

3

4

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

MATTHEW ROBERT DESCAMPS,

7                            Petitioner,

8        v.

9

FRED VAN SICKLE and
10  STEPHANIE VAN MARTER,

11                           Respondent.

NO:  2:15-cv-321-FVS

ORDER DISMISSING HABEAS
PETITION

12

13        By Order filed January 4, 2016, the Court directed Petitioner to show cause

14  why the present petition should not be denied as moot.  ECF No. 6.  Petitioner's

15  sentence was reduced on November 18, 2015, and he was released from

16  incarceration.  Petitioner did not name a proper Respondent.

17        On January 20, 2016, Petitioner submitted a Response titled "Answer, Show

18  Cause," consisting of 44 pages, including a random assortment of documents and

19  declarations that he apparently attempted to file in his criminal action, 2:05-CR-

20  00104-FVS.  Petitioner complains that hundreds of motions he filed in his criminal

case were never resolved or heard.   He seeks a hearing and the appointment of

ORDER DISMISSING PETITION -- 1

counsel.  He contends that he has been misrepresented by all court appointed attorneys since his arrest.  This is not responsive to the Order to Show Cause.

Therefore, **IT IS ORDERED** the Habeas Petition brought pursuant to 28 U.S.C. § 2241, seeking his release from incarceration, is **DENIED as moot.**

**IT IS SO ORDERED.** The Clerk's Office shall enter this Order, forward a copy to Petitioner at her last known address and close the file.  The Court further certifies that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** this 23rd day of February 2016.

<u>s/Fred Van Sickle</u>
FRED VAN SICKLE
Senior United States District Judge

ORDER DISMISSING PETITION -- 2